# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>             Plaintiff,<br><br>     v.<br><br>DERRAL G. ADAMS, et al.,<br><br>             Defendants. | CASE NO. 1:07-cv-01484-OWW-NEW (DLB) PC<br><br>ORDER DENYING MOTIONS FOR THE APPOINTMENT OF COUNSEL AND FOR LEAVE TO FILE THIS ACTION, AND DISMISSING ACTION WITHOUT PREJUDICE<br><br>(Docs. 1, 2, and 5) |

   Plaintiff Roderick Washington ("plaintiff") is a state prisoner proceeding pro se and is housed at California State Prison-Corcoran. Plaintiff submitted a civil rights complaint concerning a myriad of conditions of confinement accompanied by motions seeking the appointment of counsel and for leave to file the action on the ground that plaintiff is in imminent danger. The Clerk's Office in the Sacramento Division opened the action on October 2, 2007, in error and in contravention of the Prefiling Order in place, and then transferred the action to this division.

   Plaintiff is subject to a Prefiling Order issued by the undersigned on March 26, 2003, in case number 1:99-cv-06590-OWW-LJO PC Washington v. Early. Pursuant to the Order, plaintiff is enjoined from filing suit in this district unless he either (1) pays the $350.00 filing fee in full at the time he files suit or (2) makes an evidentiary showing, with documentation, that he is in imminent

///

1

danger of serious physical injury. 28 U.S.C. § 1915(g).[1]  Any documents submitted by plaintiff that do not make this showing are to be returned to plaintiff and no civil action is to be opened.

This action, which was not accompanied by the $350.00 filing fee, was opened in error by the Clerk's Office prior to a prefiling review by a judge.  Plaintiff's complaint and motion for leave to file this action have been reviewed and they do not meet the requirements of the Prefiling Order.  Specifically, plaintiff has made no showing supported by evidence that he is under imminent danger of serious physical injury, as required by the Prefiling Order.  (Doc. 1.)

Concerning plaintiff's motion for the appointment of counsel, district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  In certain exceptional circumstances, the Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997).  Without a reasonable method of securing and compensating counsel, this Court will seek volunteer counsel only in the most serious and exceptional cases.

In the present case, the Court does not find the required exceptional circumstances.  See Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This Court is faced with similar cases almost daily.  Further, plaintiff is subject to a Prefiling Order and has not met the requisite showing to be allowed to pursue this action without payment of the filing fee in full.  Therefore, plaintiff's request for the appointment of counsel shall be denied.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel is DENIED;
2. Plaintiff's motion for leave to file the action on the ground that he is in imminent danger is DENIED; and

---

[1] Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff is subject to both section 1915(g) and this Court's Prefiling Order.

1    3.   This action is DISMISSED, without prejudice, pursuant to the Prefiling Order.

2

3  IT IS SO ORDERED.

4  **Dated:   October 16, 2007**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28